December 30, 1909.) Proceeding by the People of the State of New York, on the relation of John D. Post, against Herman A. Metz, as Comptroller of the City of New York.

PER CURIAM. Order affirmed, with $10 costs and disbursements, upon the ground that it appears on the moving papers that it has been determined by the Supreme Court that the removal of Daniel C. Carey was lawful and proper, which determination is in full force and effect.

---

PEOPLE ex rel. STERN, Relator, v. McGOWAN, Respondent. (Supreme Court, Appellate Division, First Department. December 17, 1909.) Proceeding by the People of the State of New York, on the relation of Oscar Stern, against Patrick F. McGowan, president, etc. L. A. Abrams, for relator. T. F. Noonan, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Settle order on notice.

---

PEOPLE ex rel. WALSH v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Proceeding by the People of the State of New York, on the relation of Thomas G. Walsh, against Theo. A. Bingham, as Police Commissioner. No opinion. Motion granted.

---

PERCY v. SIRE. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Herbert L. Percy against Leander S. Sire. No opinion. Application denied, with $10 costs. Order signed. See, also, 119 N. Y. Supp. 225.

---

PETERSON, Appellant, v. SUPREME LODGE, KNIGHTS OF HONOR, Respondent. (Supreme Court, Appellate Division, First Department. June 1909.) Action by Selma L. M. Peterson against the Supreme Lodge, Knights of Honor. No opinion. Judgment affirmed, with costs.

---

PHILIPS, Respondent, v. HOGAN, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) In the matter of summary proceedings by Schuyler C. Philips against Elizabeth J. Hogan. No opinion. Order affirmed, with $10 costs and disbursements.

---

PHILLIPS, Appellant, v. PHILLIPS, Respondent. (Supreme Court. Appellate Division, Fourth Department. January 12, 1910.) Action by Ella Phillips against Rena Phillips. No opinion. Judgment affirmed, with costs.

---

PHILLIPS BROS. FRUIT CO., Respondent, v. ISHAM, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by the Phillips Bros. Fruit Company against Frank N. Isham. No opinion. Judgment affirmed, with costs.

---

PLOGER v. BRIGHT. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Anna W. Ploger against Anna W. Bright. No opinion. Application denied, with $10 costs. Order signed. See, also, 119 N. Y. Supp. 628.

---

PLUNKETT v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Fourth Department. December 10, 1909.) Action by Thomas Plunkett, as administrator, etc., against the Lehigh Valley Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

---

PRATT v. NEW YORK MERCANTILE EXCHANGE. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Appeal from Special Term, New York County. Application by Arthur V. Pratt for a writ of mandamus against New York Mercantile Exchange. From an order denying motion for alternative writ, petitioner appeals. Reversed. Grant C. Fox, for appellant. William H. Wadhams, for respondent.

PER CURIAM. We think, upon the affidavit or written proof furnished by the petitioner, a proper case is made for an alternative writ under the provisions of section 2067 of the Code of Civil Procedure. The order appealed from should be reversed, with $10 costs and disbursements, and the motion for an alternative writ granted.

LAUGHLIN and CLARKE, JJ., dissent.

---

PRESTON, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by John M. Preston, as administrator, etc., against the Pennsylvania Railroad Company. No opinion. Judgment affirmed, with costs.

---

QUINN, Respondent, v. BROCKHAUS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by Mark A. Quinn against Alois Brockhaus, as treasurer of Court North Buffalo, No. 7,880, of the Ancient Order of Foresters. No opinion. Judgment affirmed, with costs.

---

QUINN & NOLAN BEVERWYCK BREWING CO., Appellant, v. BOSS, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by the Quinn & Nolan Beverwyck Brewing Company against Conrad P. Boss. No opinion. Order affirmed, with $10 costs and disbursements.

---

RADIN v. LIVINGSTON. (Supreme Court, Appellate Term. January 21, 1910.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Theodore Radin against Harry Livingston. From a judgment for defendant, plaintiff appeals. Modified and affirmed. Matthias Radin, for appellant. Cohen & Cohen, for respondent.

PER CURIAM. Action for goods sold and delivered. Answer set up payment for all but one article, which was returned to plaintiff as